NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZARCO HOTELS INCORPORATED,**
*Appellant*

**v.**

**HOLLYWOOD CASINOS, LLC,**
*Appellee*

---

2019-2401

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91203686.

---

**JUDGMENT**

---

KAMRAN FATTAHI, Law Offices of Kamran Fattahi, Sherman Oaks, CA, argued for appellant.

HARA K. JACOBS, Ballard Spahr LLP, Philadelphia, PA, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2021      /s/ Peter R. Marksteiner
      Date                Peter R. Marksteiner
                          Clerk of Court